IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DEMARIOUS WHITE,                                               PLAINTIFF
ADC #200219

v.                           2:21CV00118-JM-JTK

JEFF HEAGWOOD, et al.                            DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 1st day of November, 2021.

                                           _____
                                           JAMES M. MOODY, JR.
                                           UNITED STATES DISTRICT JUDGE